IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| LEOTIS MCGEE JR. | Violations: 18 U.S.C. §§ 922(g)(1), 924(c)(1)(A), 924(a)(8), and 2; and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |

COUNT ONE

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about November 11, 2023, in the District of North Dakota,

LEOTIS MCGEE JR.

individually, and by aiding and abetting, knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Fleeing a Peace Officer in a Vehicle with Risk of Death or Serious Bodily Injury, a Class C felony, in violation of N.D. Cent. Code § 39-10-71(1)(c), State of North Dakota, County of Cass, East Central Judicial District, Case Number 09-2020-CR-5218, with an offense date on or between November 22 and 23, 2020, and judgment entered on or about April 26, 2021;

did knowingly possess in and affecting commerce a firearm, that is:

Glock, Model 22 Gen 4, .40 caliber pistol, bearing Serial Number PLK859;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

COUNT TWO

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about August 19, 2024, in the District of North Dakota,

LEOTIS MCGEE JR.

individually, and by aiding and abetting, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl,[1] a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 2.

---

[1] The chemical name of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide. See 21 U.S.C. § 841(b)(1)(B)(vi).

## COUNT THREE

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

On or about August 19, 2024, in the District of North Dakota,

LEOTIS MCGEE JR.

individually, and by aiding and abetting, did knowingly possess a firearm, namely, a Glock, Model 22, .40 caliber pistol, bearing Serial Number SZD165, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, as set forth in Count Two;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FOUR

### Possession of a Firearm by a Convicted Felon

The Grand Jury Further Charges:

On or about August 19, 2024, in the District of North Dakota,

### LEOTIS MCGEE JR.

individually, and by aiding and abetting, knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Fleeing a Peace Officer in a Vehicle with Risk of Death or Serious Bodily Injury, a Class C felony, in violation of N.D. Cent. Code § 39-10-71(1)(c), State of North Dakota, County of Cass, East Central Judicial District, Case Number 09-2020-CR-5218, with an offense date on or between November 22 and 23, 2020, and judgment entered on or about April 26, 2021;

did knowingly possess in and affecting commerce a firearm, that is:

Glock, Model 22, .40 caliber pistol, bearing Serial Number SZD165;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Indictment,

LEOTIS MCGEE JR.

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offenses, including the following:

- Glock, Model 22 Gen 4, .40 caliber pistol, bearing Serial Number PLK859; and
- Glock, Model 22, .40 caliber pistol, bearing Serial Number SZD165.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/ak