# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Leotis McGee,<br><br>  Defendant. | **MOTION TO CONTINUE**<br><br>Case No.: 3:24-cr-141 |

The Defendant, Leotis McGee, by and through his CJA appointed counsel, Stormy Vickers, requests the court enter an Order continuing the jury trial currently scheduled to begin April 22, 2025.

Counsel and Mr. McGee need additional time to review the case to prepare pretrial motions and for trial.

This Motion is not made for the purpose of undue delay nor for any other improper reason.

Mr. Rodenbiker for the USA via telephone March 25, 2025, indicated the government has no objection to this request.

Respectfully,

Dated: March 26, 2025.

/s/ *Stormy Vickers* (ND 6539)
Attorney for Mr. McGee
808 3rd Ave S., Suite 201
Fargo, ND 58103
701-365-4884