UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                  Plaintiff,<br><br>   v.<br><br>Leotis McGee,<br><br>                  Defendant. | **Motion to Admit Student Attorney**<br><br>Case No.: 3:24-cr-141 |

1. Attorney Stormy Vickers, a member in good standing of this Bar, moves this Court to admit Madison Schoenberg, a student qualified pursuant Local Rule 1.4.

2. Leotis McGee has consented in writing, attached hereto, to Ms. Schoenberg's appearance.

3. Ms. Schoenberg meets the required qualifications of Rule 1.4(B)(1):

    a   She is a full-time student who has completed four semesters at the University of North Dakota School of Law, and

    b   She is knowledgeable regarding the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct approved by the Supreme Court of North Dakota, and these Local Rules.

4. Attorney Vickers agrees, pursuant to Rule 1.4(E) to:

    a   actively and personally attend to supervisory responsibilities including professional responsibility for Ms. Schoenberg,

    b   be present with Ms. Schoenberg at all appearance in court or at depositions, and

  c read, approve, and co-sign all pleadings, document, or other papers prepared in the case by Ms. Schoenberg.

5. Attorney Vickers possesses significant trial practice experience and competence to assure that supervision of the Ms. Schoenberg's work is constructive and likely to be of educational value to her.

6. Attorney Vickers will be available to the judicial officers of this court to assist them in administration of this rule and in their continuing evaluation of the student practice program.

Dated: June 20, 2025.

*Stormy Vickers*
Stormy Vickers
(ND 6539)
Attorney for Mr. McGee
808 3rd Ave S., Suite 201
Fargo, ND 58103
701-365-4884